IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 03-cv-00774-WDM

KATHY SANTANA,

    Plaintiff(s),

v.

CITY AND COUNTY OF DENVER,

    Defendant(s).
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Plaintiff's Motion to Add Witness to Plaintiff's Witness List is stricken for failure to comply with D.C.COLO.LCivR 10.1E.

Dated: April 23, 2009

                                              s/ Jane Trexler, Judicial Assistant