IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.   03-cv-00774-WDM-MEH

KATHY SANTANA,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,

    Defendant.

## NOTICE AND ORDER ON STIPULATED DISMISSAL

Miller, J.

This matter is before me on the stipulation for dismissal with prejudice filed by the parties (Docket No. 170).  I construe this as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and accordingly take judicial notice that the complaint is dismissed with prejudice, each party bearing his or her own costs.

DATED at Denver, Colorado, on May 8, 2009.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

PDF Final